DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NILOY DHAR**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3570

[August 23, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 17003139CF10A.

Carey Haughwout, Public Defender, and Timothy Wang, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***